# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia M. Vroom,<br><br>    Plaintiff,<br><br>v.<br><br>Jeh Johnson,<br><br>    Defendant. | No. CV-14-02463-PHX-JAT<br><br>**ORDER** |

Pending before this Court is Defendant's motion seeking relief from the Order in this case at Doc. 7 which implements certain discovery protocols in employment law cases. The Order was issued by another Judge prior to this case being reassigned to the undersigned.

Because the expedited discovery protocols for certain employment law cases are not used by the undersigned, and because the undersigned did not write nor sign the Order in question, the undersigned will not undertake to examine its scope and exceptions as it is used by other Judges. Instead, the undersigned will strike it from this case and proceed under the Federal Rules of Civil Procedure and the Local Civil Rules for the District of Arizona as this Court does in all other cases.

Accordingly,

**IT IS ORDERED** that the Order at Doc. 7 is stricken.

/ / /

/ / /

1  **IT IS FURTHER ORDERED** that the Motion for Relief from Standing Order for
2  Certain Employment Cases (Doc. 26) is denied as moot.
3  Dated this 5th day of March, 2015.

James A. Teilborg
Senior United States District Judge