**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250

TOD F. SCHLEIER, ESQ. #004612
Email: tod@schleierlaw.com
BRADLEY H. SCHLEIER, ESQ. #011696
Email: brad@schleierlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia M. Vroom, a single woman, | Case No. 2:14-CV-02463-JAT |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Jeh Johnson, Secretary, United States Department of Homeland Security, | |
| Defendant. | |

Notice is hereby given that the parties have resolved the above-captioned matter, each party to pay their own attorneys fees and costs.

DATED this 28th day of August, 2015.

SCHLEIER LAW OFFICES, P.C.

 /s/ Tod F. Schleier
Tod F. Schleier
Attorney for Plaintiff

-1-

-2-

1  I hereby certify that on August 28, 2015, I electronically filed the attached document to the Clerk's office using the CM/ECF System for filing and transmittal to the following CM/ECF registrants:

David Pinchas
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Attorneys for Defendant Jeh Johnson


/s/ Cindy J. Anderson
Cindy J. Anderson

-2-