IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia M. Vroom, a single woman,<br><br>                    Plaintiff,<br>v.<br><br>Jeh Johnson, Secretary, United States<br>Department of Homeland Security,<br><br>                    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV-14-2463-PHX-JAT<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation for Dismissal (Doc. 50), and for good cause shown;

IT IS HEREBY ORDERED dismissing this case with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 8th day of September, 2015.

James A. Teilborg
Senior United States District Judge

-1-